UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                 )
I.A.M. NATIONAL PENSION FUND,    )
NATIONAL PENSION PLAN, et al.,   )
                                 )
              Plaintiffs,        )
                                 )
       v.                        )   Case No. 06CV1271 RWR
                                 )
OWENS-ILLINOIS, INC.,            )
                                 )
              Defendant.         )
_____)
```

AFFIDAVIT OF SERVICE

I, Aaron Willoughby, being duly authorized to make service of the Summons & Complaint in the above entitled action, hereby depose and say:

I am over the age of twenty-one years.

I am not a party to or otherwise interested in the suit.

My business address is: 29 S. LaSalle St., Suite 956, Chicago, IL 60603.

At 12:35 p.m. on the 20th day of July, 2006, I served the within named defendant, Owens-Illinois, Inc., by leaving a copy of the Summons & Complaint with its authorized agent for receipt of service of process, C T Corporation System, 208 South LaSalle Street, Suite 814, Chicago, Illinois 60604.

/s/_____
Process Server

Subscribed and sworn to before me this 20th day of July, 2006.

/s/_____
Andrew Raphael, Notary Public

My Commission expires on November 17, 2007.