UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| I.A.M. NATIONAL PENSION FUND, NATIONAL PENSION PLAN, *et al.* | ) ) ) | Case No. 1:06-cv-01271 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| OWENS-ILLINOIS, INC. | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF APPEARANCE

The clerk will please enter in the record the appearance of Philip H. Hecht, David Pickle and Michele Levy Berlove of Kirkpatrick & Lockhart Nicholson Graham LLP ("K&LNG") as counsel for Owens-Illinois, Inc., a defendant in the above-captioned proceeding.

Dated:   August 3, 2006
         Washington, D.C.

Respectfully submitted,

            /s/ Michele Levy Berlove
Philip H. Hecht (DC Bar No. 333286)
David Pickle (DC Bar No. 440629)
Michele Levy Berlove (DC Bar No. 468883)
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
1601 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 778-9000
Facsimile: (202) 778-9100
E-mail: phecht@klng.com
        dpickle@klng.com
        mberlove@klng.com

Counsel for Defendant Owens-Illinois, Inc.

DC-837023 v1 0306028-0103

2

## CERTIFICATE OF SERVICE

I certify that on August 3, 2006, a copy of the foregoing Notice of Appearance was filed via the electronic case filing system of the United States District Court for the District of Columbia and, accordingly, that the Court will send notice of this filing electronically to:

>Joseph P. Martocci, Jr.
>Robert T. Osgood
>1300 Connecticut Avenue, NW
>Suite 300
>Washington, D.C. 20036
>**jmartocci@iamnpf.org**
>**rosgood@iamnpf.org**

                                                 /s/ Michele Levy Berlove