UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| I.A.M. NATIONAL PENSION FUND, <br> NATIONAL PENSION PLAN, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> OWENS-ILLINOIS, INC. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 1:06-cv-01271 |

**UNOPPOSED MOTION FOR EXENSION OF TIME
TO RESPOND TO PLAINTIFFS' COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Owens-Illinois, Inc. ("Owens-Illinois"), through counsel, respectfully submits this Unopposed Motion for Extension of Time for Owens-Illinois to respond to Plaintiffs' Complaint. In support of its motion, Owens-Illinois states as follows:

1. The Complaint was filed in the District Court on July 18, 2006.
2. The Complaint and Summons were served on Owens-Illinois' registered agent on July 20, 2006.
3. The registered agent forwarded the Complaint and Summons to Owens-Illinois on July 21, 2006.
4. The responsive pleading to the Complaint is due on August 9, 2006.
5. Because of previously scheduled vacations, Owens-Illinois seeks an extension of time until August 25, 2006 to answer or otherwise respond to the Complaint.
6. Plaintiffs do not oppose the relief sought herein.

WHEREFORE, for all of the foregoing reasons, Defendant Owens-Illinois respectfully requests an extension until August 25, 2006, to file its responsive pleading.

- 2 -

Dated:     August 3, 2006
           Washington, D.C.

                          Respectfully submitted,

                          /s/ Michele Levy Berlove
Philip H. Hecht (DC Bar No. 333286)
David Pickle (DC Bar No. 440629)
Michele Levy Berlove (DC Bar No. 468883)
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
1601 K Street, N.W.
Washington, D.C.  20006
Telephone:  (202) 778-9000
Facsimile: (202) 778-9100
E-mail: phecht@klng.com
        dpickle@klng.com
        mberlove@klng.com

Counsel for Defendant Owens-Illinois, Inc.

- 3 -

## CERTIFICATE OF SERVICE

    I certify that on August __, 2006, a copy of the foregoing Unopposed Motion for Extension of Time to Respond the Complaint was filed the via electronic case filing system of the United States District Court for the District of Columbia and, accordingly, that the Court will send notice of this filing electronically to:

> Joseph P. Martocci, Jr.
> Robert T. Osgood
> 1300 Connecticut Avenue, NW
> Suite 300
> Washington, D.C. 20036
> **jmartocci@iamnpf.org**
> **rosgood@iamnpf.org**

                                      /s/ Michele Levy Berlove
                                      Michele Levy Berlove