**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| I.A.M. NATIONAL PENSION FUND, <br> NATIONAL PENSION PLAN, <br><br> and <br><br> WARREN MART and <br> BURTON C. TREBOUR, <br> Co-chairmen of the Board of Trustees <br> of the I.A.M. National Pension Plan, <br><br> Plaintiffs, <br><br> v. <br><br> OWNES-ILLINOIS, INC. <br> CO. OF NEW YORK, INC. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:06-CV-1271-RWR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel in this case for the Plaintiffs I.A.M. National Pension Fund, National Pension Plan, Warren Mart and Burton Trebour. I certify that I am admitted to practice in this Court.

Respectfully submitted,

\_\_\_/s/_____
Ellen O. Boardman (D.C. Bar # 375563)
O'DONOGHUE & O'DONOGHUE LLP
4748 Wisconsin Avenue, N.W.
Washington, DC  20016
(202) 362-0041
eboardman@odonoghuelaw.com

Counsel for Plaintiff

145488_1.DOC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiffs' Notice of Appearance of Ellen O. Boardman was served on the 9th day of August 2006 by first-class, postage prepaid mail on the following:

> Michele Levy Berlove
> Kirkpatrick & Lockhart
> Nicholson Graham, LLP
> 1601 K Street, N.W.
> Washington, DC  20006

/s/_____
Ellen O. Boardman

145488_1.DOC