UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
I.A.M. NATIONAL PENSION FUND,  )
NATIONAL PENSION PLAN, et al., )
                               )
            Plaintiffs,        )
                               )
     v.                        )   Case No. 06CV1271 RWR
                               )
OWENS-ILLINOIS, INC.,          )
                               )
            Defendant.         )
_____)
```

### ANSWER OF PLAINTIFFS TO COUNTERCLAIM OF DEFENDANT OWENS-ILLINOIS, INC.

Plaintiffs, I.A.M. National Pension Fund, National Pension Plan, Warren Mart & Burt Trebour, Co-Chairmen of the Board of Trustees of the I.A.M. National Pension Fund, through their counsel, hereby respond to the Counterclaim of Defendant Owens-Illinois, Inc. as follows:

1.  In response to Paragraph 28 of the Counterclaim, Plaintiffs admit the first sentence of the allegations, and admit that Defendant's collective bargaining agreement with the Union, as amended by the Standard Contract Language, controls Defendant's obligation to contribute to the Plan. Plaintiffs deny all other allegations contained therein.

2.  In response to Paragraph 29 of the Counterclaim, Plaintiffs deny all the allegations contained therein.

3.  In response to Paragraph 30 of the Counterclaim, Plaintiffs admit that a letter dated November 16, 2005 was mailed by defendant and state that the document speaks for itself. Plaintiffs deny all other allegations contained therein.

4. In response to Paragraph 31 of the Counterclaim, Plaintiffs admit that a letter dated May 31, 2006 was sent to Defendant and state that the document speaks for itself. Plaintiffs deny all other allegations contained therein.

5. Plaintiffs repeat and reassert their responses to the allegations contained in paragraphs 28 through and including 31 of the Counterclaim as though fully set forth herein.

6. In response to Paragraph 33 of the Counterclaim, Plaintiffs deny the allegations contained therein.

7. In response to Paragraph 34 of the Counterclaim, Plaintiffs deny all of the allegations contained therein.

8. In response to Paragraph 35 of the Counterclaim, Plaintiffs deny all of the allegations contained therein.

9. In response to Paragraph 36 of the Counterclaim, Plaintiffs deny the allegations contained therein except that Plaintiffs admit that a credit in the amount of $46.07 was granted by the Plan to the Defendant.

10. In response to Defendant's claim for relief, Plaintiffs deny that Defendant is entitled to any of the relief requested in its Counterclaim.

11. In response to Defendant's Counterclaim, Plaintiffs state, as their First Affirmative Defense, that Defendant has failed to state a claim upon which relief may be granted.

WHEREFORE, Plaintiffs respectfully request that the Counterclaim be dismissed in its entirety and that Plaintiffs be awarded their attorneys' fees and court costs incurred in defense

of the Counterclaim, and such other and further relief as the Court deems just and proper.

                                                Respectfully submitted,

Dated: September 11, 2006      __/s/_____
                                       Joseph P. Martocci, Jr., #955716
                                       1300 Connecticut Avenue, NW
                                       Suite 300
                                       Washington, DC  20036
                                       (202) 785-2658
                                       jmartocci@iamnpf.org


                                       _/s/_____
                                       Robert T. Osgood, #247973
                                       1300 Connecticut Avenue, NW
                                       Suite 300
                                       Washington, DC  20036
                                       (202) 785-2658
                                       rosgood@iamnpf.org


                                       __/s/_____
                                       Ellen O. Boardman, #375563
                                       4748 Wisconsin Avenue
                                       Washington, DC 20016
                                       (202) 362-0041
                                       eboardman@odonoghuelaw.com


                                       Attorneys for Plaintiffs

146419_1