UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
I.A.M. NATIONAL PENSION FUND,           )
NATIONAL PENSION PLAN, *et al.*         )    Case No. 06-1271 (TFH)
                                        )
         Plaintiffs,                    )
                                        )
    v.                                  )
                                        )
OWENS-ILLINOIS, INC.                    )
                                        )
         Defendant.                     )
_____)

## NOTICE OF FIRM NAME CHANGE

The clerk will please enter in the record the change of name of Kirkpatrick & Lockhart Nicholson Graham LLP to Kirkpatrick & Lockhart Preston Gates Ellis LLP ("K&L Gates"), effective January 1, 2007. The firm's telephone and facsimile numbers remain unchanged. The e-mail addresses for counsel of record have changed and are as follows:

    Philip H. Hecht:  philip.hecht@klgates.com
    David Pickle:  david.pickle@klgates.com
    Michele Levy Berlove:  michele.berlove@klgates.com

K&L Gates is counsel for Nicholas Applegate Capital Management, LLC, a defendant in the above-captioned proceeding.

DC-878011 v1 0306028-0103

Dated:   January 4, 2007
         Washington, D.C.

                              Respectfully submitted,

                              /s/ Michele Levy Berlove
                            Philip H. Hecht (DC Bar No. 333286)
                            David Pickle (DC Bar No. 440629)
                            Michele Levy Berlove (DC Bar No. 468883)
                            KIRKPATRICK & LOCKHART
                            NICHOLSON GRAHAM LLP
                            1601 K Street, N.W.
                            Washington, D.C.  20006
                            Telephone:  (202) 778-9000
                            Facsimile: (202) 778-9100
                            E-mail: philip.hecht@klgates.com
                                    david.pickle@klgates.com
                                    michele.berlove@klgates.com

                            Counsel for Defendant Owens-Illinois, Inc.

## CERTIFICATE OF SERVICE

I certify that on January 4, 2007, a copy of the foregoing **Notice of Firm Name Change** was filed the via electronic case filing system of the United States District Court for the District of Columbia and, accordingly, that the Court will send notice of this filing electronically to:

>Ellen O. Boardman
>O'Donoghue & O'Donoghue LLP
>4748 Wisconsin Avenue, N.W.
>Washington, DC 20016
>eboardman@odonoghuelaw.com
>
>Robert T. Osgood
>Joseph P. Martocci, Jr.
>1300 Connecticut Avenue, N.W.
>Suite 300
>Washington, DC  20036
>rosgood@iamnpf.org
>jmartocci@iamnpf.org

                                            /s/ Michele Levy Berlove
                                            Michele Levy Berlove