UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| I.A.M. NATIONAL PENSION FUND,<br>NATIONAL PENSION PLAN, *et al.*<br><br>       Plaintiffs,<br><br>v.<br><br>OWENS-ILLINOIS, INC.<br><br>       Defendant. | Case No. 06-1271 (TFH) |

## JOINT MOTION FOR CONTINUANCE

Plaintiffs I.A.M. National Pension Fund, National Pension Plan ("Fund"), Warren Mart and Burton C. Trebour (collectively, "Plaintiffs") and Defendant Owens-Illinois, Inc. ("Defendant") hereby jointly move the Court for a continuance of the post-discovery status conference currently scheduled for Friday, April 13, 2007. In support of this joint motion, the parties state as follows:

1. On Monday, April 9, 2007, each of the parties executed a written settlement agreement resolving the claims and counter-claims made by the parties in this action. The parties exchanged executed copies of the agreement on Tuesday, April 10, 2007. Among other conditions, the settlement agreement requires a payment by Defendant to the Fund and, thereafter, filing by Plaintiffs of a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1).

2. Under the terms of the settlement agreement, the payment must be made not later than April 19, 2007, and the stipulation of dismissal must be filed not later than April 30, 2007.

3. Because the parties have resolved their claims and counter-claims, executed a settlement agreement and anticipate filing a stipulation of dismissal this month, the parties respectfully suggest that the post-discovery status conference currently scheduled for Friday, April 13, 2007, be continued for 30 days or until such other time as the Court deems proper.

WHEREFORE, the parties jointly move the Court for a continuance of the status conference currently scheduled for Friday, April 13, 2007. A proposed form of order accompanies this motion.

Dated:   April 12, 2007
         Washington, D.C.

Respectfully submitted,

| By: /s/ David Pickle | By: /s/ Ellen O. Boardman |
|---|---|
| Philip H. Hecht (# 333286) | Ellen O. Boardman, Esq. (# 375563) |
| David Pickle (# 440629) | O'Donoghue & O'Donoghue LLP |
| Michele Levy Berlove (# 468883) | 4748 Wisconsin Avenue, N.W. |
| KIRKPATRICK & LOCKHART | Washington, DC 20016 |
| PRESTON GATES ELLIS LLP | eboardman@odonoghuelaw.com |
| 1601 K Street, N.W. | 202.362.0041 |
| Washington, D.C. 20006 | |
| david.pickle@klgates.com | *Counsel for Plaintiffs* |
| michele.berlove@klgates.com | |
| 202.778.9000 | |
| | |
| *Counsel for Defendant* | |

2

## CERTIFICATE OF SERVICE

I certify that on April 12, 2007, a copy of the foregoing Joint Motion for Continuance was filed the via electronic case filing system of the United States District Court for the District of Columbia and, accordingly, that the Court will send notice of this filing electronically to:

> Ellen O. Boardman
> O'Donoghue & O'Donoghue LLP
> 4748 Wisconsin Avenue, N.W.
> Washington, DC 20016
> eboardman@odonoghuelaw.com
>
> Robert T. Osgood
> Joseph P. Martocci, Jr.
> 1300 Connecticut Avenue, N.W.
> Suite 300
> Washington, DC  20036
> rosgood@iamnpf.org
> jmartocci@iamnpf.org

        /s/ David Pickle
   David Pickle