UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **I.A.M. NATIONAL PENSION FUND,** ) <br> **NATIONAL PENSION PLAN,** *et al.* ) <br>  ) <br> **Plaintiffs,** ) <br>  ) <br> v. ) <br>  ) <br> **OWENS-ILLINOIS, INC.** ) <br>  ) <br> **Defendant.** ) | **Case No. 06-1271 (TFH)** |

## ORDER GRANTING MOTION FOR CONTINUANCE

Upon consideration of the parties' Joint Motion for Continuance of the status conference scheduled for April 13, 2007, and good cause having been shown, it is hereby:

ORDERED, that the status conference scheduled for Friday, April 13, 2007 be, and hereby is, continued to _____.

Dated: _____, 2007

Thomas F. Hogan, U.S. District Judge

DC-906529 v1 0306028-0103