UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| I.A.M. NATIONAL PENSION FUND, NATIONAL PENSION PLAN, *et al.* )<br><br>Plaintiffs, )<br><br>v. )<br><br>OWENS-ILLINOIS, INC. )<br><br>Defendant. ) | Case No. 06-1271 (TFH) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

The Plaintiffs and Defendants, by and through undersigned counsel, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, respectfully request that the Court dismiss this action, including all counterclaims filed therein, with prejudice. This dismissal is subject expressly to the terms of the settlement agreement executed by the parties.

Respectfully submitted,

By: /s/_____

 Philip H. Hecht (# 333286)
 David Pickle (# 440629)
 Michele Levy Berlove (# 468883)
 KIRKPATRICK & LOCKHART
 PRESTON GATES ELLIS LLP
 1601 K Street, N.W.
 Washington, D.C. 20006
 david.pickle@klgates.com
 michele.berlove@klgates.com
 202.778.9000

 *Counsel for Defendant*

By: /s/_____

 Ellen O. Boardman, Esq. (# 375563)
 O'Donoghue & O'Donoghue LLP
 4748 Wisconsin Avenue, N.W.
 Washington, DC 20016
 eboardman@odonoghuelaw.com
 202.362.0041

 Robert T. Osgood
 Joseph P. Martocci, Jr.
 IAM National Pension Fund
 1300 Connecticut Avenue, NW,
 Suite 300
 Washington, DC 20036
 202.785.2658

 *Counsel for Plaintiffs*

Dated:     April 23, 2007
156912_1.DOC