UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

I.A.M. NATIONAL PENSION FUND,
NATIONAL PENSION PLAN, *et al.*,

      Plaintiffs,

  v.

OWENS-ILLINOIS, INC.,

      Defendant.

06-CV-1271 (TFH)

## ORDER

Pursuant to the parties' [16] Stipulation of Voluntary Dismissal with Prejudice, which was filed on April 23, 2007, the Court **ORDERS** this case dismissed with prejudice subject to the terms of the settlement agreement executed by the parties.

    **SO ORDERED**.

May 1, 2006

                                                     /s/
                                          Thomas F. Hogan
                                              Chief Judge